# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.*]

**FILED**

FEB 16 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Kelly E. Herman _____,
[*You are the PLAINTIFF, print your full name on this line.*]

v.

Chresman Company, Inc. d/b/a
Triple XXX Family Restaurant
[*The DEFENDANT is who you are suing.*]

Case Number _____4:24cv16_____

[*For a new case in this court, leave blank.
The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 117 North 5th Street Apt 204

   Lafayette, IN, 47901

2. My telephone number is: (317) 452-6328

3. The Defendant's address is: 2 North Salisbury Street

4. This action is brought for employment discrimination pursuant to:

   ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
   [*race, color, gender, religion, national origin*]

   ◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ☑ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ◯ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: 7/7/2022

6. The date on my Notice of Right to Sue letter is: 11/20/2023

7. The date I received my Notice of Right to Sue letter was: 11/21/2023

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I, at all times relevant to this action, have resided within the geographical boundaries of the Northern District of Indiana, Lafayette Division

2. Defendant is a for-profit corporation that resides and/or maintains at least one office in conducted business in the Northern District of Indiana, Lafayette Division, at all relevant times.

3. Defendant is an employer within the meaning of 42 U.S.C. § 2000e(b); 42 U.S.C. § 12111(5).

4. I was an employee within the meaning of 2 U.S.C. § 2000e(f); 42 U.S.C. § 12111(4).

5. I satisfied my obligation to exhaust my administrative remedies by timely filing a charge of discrimination with the U.S. Equal Employment Opportunity Commission.  Having received my Notice of Suit Rights, I am filing this Complaint within 90 days of receipt thereof.

6. I, at all relevant times, have had a "disability" under 42 U.S.C. § 12102(1)(A)(B)(C).

7. At all times relevant to this action, I was a "qualified individual" as defined by 42 U.S.C. § 12111(8).

8. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343 and 42 U.S.C. § 12117(a)

9. As all facts, events, occurances and transactions giving rise to this matter ocurred within the geographical environs of the Northern District of Indiana, Lafayette Division, venue is proper in this Court.

10. Defendant hired me in or around May 2021.

11. Throughout my employment, I continuously met the legitimate and reasonable expectations associated with my position.

12. Starting in or around summer of 2021, a male cook, going by the name Enrique Hernandez, began sexually harassing me. The unwelcome conduct started as sexually suggestive comments,

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. _____



13. questions, and inappropriate gestures, but turned physical in or around Fall of 2021. At that time, Enrique began targeting me with frequent and numerous acts of physical aggression, as well as sexual contact. From then, on every shift I worked with Enrique, he made unwanted contact of a sexual nature, including grabbing my breasts and grabbing my backside, at least 10 times per shift. He also displayed physical aggression by grabbing my head and shoving me into a refridgerator, and pulling my hair. Both the verbal harassment and the unwanted unwanted physical contact occurred in the presence of others, including supervisors, on several occasions.

14. I rejected the sexual harassment and told Enrique to stop, and I physically resisted him. Despite this, the harassment persisted, even though at least one supervisor personally witnessed the sexual harassment.

15. Sometime in my employment, in a conversation involving a supervisor, Aaron Maas, and another female employee, Elissa Jaensson, it was acknowledged to me that I was being subjected to inappropriate behavior by Enrique. I was made aware in this conversation that other female employees had reported inappropriate behavior by Enrique. I was told, verbatim, to be careful around Enrique, but no apparent action was ever taken against him by any member of management.

16. Numerous other female employees have also been subjected to unwanted sexual advances and a hostile work environment due to their gender by Enrique, including Elissa Jaensson.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

17. I was informed by a supervisor, Charlie Owen, that other employees had reported inappropriate behavior by Enrique.

18. Due to the continuous and escalating sexual harassment, I was forced to reisgn my employment on or around Octover 2021.  The defendant constructively discharged me on or around October 2021.

19. Subsequently, I informed defendant's owner of Enrique's sexual harassment, and I filed a complaint with the local law enforcement.  An investigation revealed that "Enrique" was not his real name, and the bad actor used a fake social security number, fake address, fake name, and cannot be located.

20. With "Enrique" gone, I applied for re-employment with Defendant.  On or about July 2022, Defendant's owner sent me an email containing false information about me, and informed me that it was not able to offer me a position.

21. Many of the verbal harassing comments by Enrique targeted me because of my disability.

22. The defendant has openly treated men, such as Enrique, more favorably than myself.

23. I have been and continue to be injured and harmed by Defendants' discriminatory, retaliatory, and unlawful actions.

24.  Defendant constructively discharged me because of my sex.

25.  The Defendant has exposed itself to liability under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for creating and condoning a hostile work environment based on sex, for constructively discharging me, and for post employment retaliation in failing to rehire me.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 12/23)                                                                                                page 2

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

26. In the alternative, Defendant exposed itself to liability under the Americans with Disabilities Act, as amended 42 U.S.C. 12101 et seq. for creating and condoning a hostile work environment based on my disability, for constructively discharging me, and for post-employment retaliation in failing to rehire me.

27. I have suffered damages as a result of Defendant's unlawful conduct.

I respectfully request a jury trial as to all isues deemed triable.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

RELIEF – If you win this case, what do you want the court to order the defendant to do?

I request that the Court finds for me and order that the Defendant pay all of my lost wages and benefits, compensatory and emotional pain and suffering damages punitive damages, any additional monetary loss suffered as a result of Defendant's actions, pre- and post- judgement interest; reasonable costs and attorney's fees incurred in litigating this matter, and any other damages deemed appropriate by this Court, including equitable and legal relief.

DOCUMENTS – I have attached a copy of the following documents:

☒ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

☒ Notice of Right to Sue letter

◯ Other: _____

_____

FILING FEE – Are you paying the filing fee?

☒ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

KM    I will keep a copy of this complaint for my records.

KM    I will promptly notify the court of any change of address.

KM    I declare **under penalty of perjury** that the statements in this complaint are true.

_____        2/16/24
Signature                                Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Indianapolis District Office
101 West Ohio St, Suite 1900
Indianapolis, IN 46204
(463) 999-1240
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/20/2023

**To:** Kelly E. Herman
117 North 5th Street
LAFAYETTE, IN 47901
Charge No: 470-2022-03192

EEOC Representative and email:    FREDERICK BRUBAKER
Enforcement Supervisor
frederick.brubaker@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 470-2022-03192.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele
11/20/2023

Michelle Eisele
District Director

**cc:**

Joseph C Pettygrove
Kroger, Gardis & Regas, LLP
111 Monument Circle
Suite 900
Indianapolis, IN 46204

Ryan Sink
FOX & SINK
6177 North College Avenue
Indianapolis, IN 46220


Please retain this notice for your records.

EEOC Received On July 07, 2022

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☐ EEOC | 470-2022-03192 |

**Indiana Civil Rights Commission** _and EEOC_

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Kelly E. Herman** | **317-452-6328** | **11/1/1996** |

| Street Address | City, State and ZIP Code |
|---|---|
| **117 North 5ᵗʰ Street, Apt. 204** | **Lafayette, IN 47901** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Ehresman Company, Inc., d/b/a Triple XXX Family Restaurant** | **15-200** | **317-842-6283** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2 North Salisbury Street** | **West Lafayette, IN 47906** |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest          Latest
                     7/5/22
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

1. Charging Party ("CP"), a female, commenced her employment with Respondent ("R") on or about May 15, 2021. At all relevant times, CP held the positions of Cashier and/or Server.

2. Starting in or around late summer/early fall of 2021, male cook Enrique (alleged last name unknown) began sexually harassing CP. The unwelcome conduct started as sexually suggestive comments, but turned physical in or around September of 2021. At that time, Enrique began touching CP's buttocks, touching CP's breasts, and pulling her hair. This occurred on every shift they worked together and multiple times per shift. On one occasion, the Manager over the Cooks, Rodrigo, witnessed Enrique's actions and instead of taking prompt remedial action, joined in on the sexual harassment by approaching CP and growling in her ear.

3. CP rejected the sexual harassment and told Enrique to stop, but the harassment continued, even though at least one manager personally witnessed the sexual harassment.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 7/7/22          _(signature)_ <br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☐ EEOC | |

**Indiana Civil Rights Commission** _____ and EEOC

*State or local Agency, if any*

4. Numerous other female employees have also been subjected to unwanted sexual advances and a hostile work environment due to their gender by Enrique. This includes, but is not limited to, Elissa Jaensson, who Enrique attempted to kiss. Upon information and belief, Ms. Jaensson reported Enrique's sexual harassment to management prior to CP's constructive discharge, but R failed to take prompt remedial action.

5. Due to the continuous and escalating sexual harassment, CP was forced to resign her employment on or about October 17, 2021. R constructively discharged CP on or about October 17, 2021.

6. Subsequently, CP informed R's owner of Enrique's sexual harassment and she filed a complaint with local law enforcement. An investigation revealed that "Enrique" was not his real name, and the bad actor used a fake social security number, fake address, fake name, and cannot be located.

7. With "Enrique" gone, CP applied for re-employment with R. On or about July 5, 2022, R informed CP that it was "not able to offer [CP] a position at this time."

8. R has exposed itself to liability under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. 2000e *et seq.*, for creating and condoning a hostile work environment based on sex, for constructively discharging CP, and for post-employment retaliation in failing to rehire CP.

9. In the alternative, R exposed itself to liability under the Americans with Disabilities Act, as amended 42 U.S.C. 12101 *et seq.* for creating and condoning a hostile work environment based upon CP's disability, for constructively discharging CP, and for post-employment retaliation in failing to rehire CP. Many of the verbal harassing comments by "Enrique" targeted CP not only because of her gender, but also because of her disability. [See cover letter for CP's disability].

10. CP has been injured by R's unlawful acts.

11. This charge is filed based on the understanding of CP and her attorneys at the time of filing. By filing this charge, CP in no way waives her right to provide additional information for purposes of substance and/or clarification at a later date.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 7/7/22     *(signature)* <br> Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |